UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0223 (8) (WMW/LIB) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Kalyssa Kailani Deanah White, | |
| Defendant. | |

---

This matter is before the Court on Defendant Kalyssa Kailani Deanah White's (8) motion to exclude time under the Speedy Trial Act. (Dkt. 400.) White requests that the period of time from December 26, 2022, through March 26, 2023, be excluded under the Speedy Trial Act.

The Court has carefully reviewed White's motion. In light of the present circumstances, including White's participation in a treatment program, the Court finds that the failure to exclude time would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Therefore, the ends of justice served are served by excluding the period from December 26, 2022, through March 26, 2023, from White's Speedy-Trial-Act calculations.

Based on the foregoing analysis, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant Kalyssa Kailani Deanah White's (8) motion to exclude time under the Speedy Trial Act, (Dkt. 400), is **GRANTED**.

2. The time period from **December 26, 2022, through March 26, 2023,** shall be excluded from the calculation of days within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 9, 2023                              s/Wilhelmina M. Wright
                                                    Wilhelmina M. Wright
                                                    United States District Judge